**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS**

**RICHARD EUGENE SPIKER,**

        Plaintiff,

**v.**                                                    **CIVIL ACTION NO. 2:16-CV-68**
                                                         **(BAILEY)**
**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the

Report and Recommendation of United States Magistrate Judge Robert W. Trumble. [Doc.

17].  Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge

Trumble for submission of a proposed report and recommendation ("R&R").  Magistrate

Judge Trumble filed his R&R on May 3, 2017, wherein he recommends this Court grant

the defendant's motion for summary judgment and that the decision of the Commissioner

be affirmed.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo*

review of those portions of the magistrate judge's finding to which objection is made.

However, the Court is not required to review, under a *de novo* or any other standard, the

factual or legal conclusions of the magistrate judge as to those portions of the findings or

recommendation to which no objections are addressed.  ***Thomas v. Arn***, 474 U.S. 140,

150 (1985).  In addition, failure to file timely objections constitutes waiver of *de novo* review

and the right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889

F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Trumble's R&R were due within fourteen (14) days of service. To date, no objections have been filed. Accordingly, this Court will review the R&R for clear error.

Upon careful review, it is the opinion of this Court that the Report and Recommendation **[Doc. 17]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report. As such, this Court hereby **GRANTS** the defendant's Motion for Summary Judgment **[Doc. 12]**. Accordingly, this Court hereby **DENIES** and **DISMISSES** the plaintiff's Complaint **[Doc. 1]** and **ORDERS** that this matter be **STRICKEN** from the active docket of this Court. This Court further **DIRECTS** the Clerk to enter judgment in favor of the defendant.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: May 19, 2017.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE